UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

SOARIES MAXINE PETERSON, M.D.,

              Defendant.

_____/

No. 1:22-CR-59

Hon. Robert J. Jonker
Chief United States District Judge

INFORMATION
**PENALTY SHEET**

**THE CHARGE – Health Care Fraud** – 18 U.S.C. § 1347

**Maximum Penalty**:  Not more than 10 years in prison and a fine of $250,000 or twice the gross gain or twice the gross loss. [18 U.S.C. §§ 1347 and 3571(d)]

**Supervised Release**:  Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**:  $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

**Other:**  Federal health care program exclusion [42 U.S.C. § 1320a-7]

Date:  May 4, 2022

           /s/ *Raymond E. Beckering III*
           Counsel for the United States

Submitted in accordance with Administrative Order 17-MS-046