## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   SOARIES MAXINE PETERSON, M.D. | | **DISTRICT JUDGE:**   Robert J. Jonker | |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-cr-59 | 5/25/22 | 2:30 - 3:44 p.m. | Grand Rapids | |

### APPEARANCES

| Government:<br><br>Ray Beckering | Defendant:<br><br>Tessa Muir | Counsel Designation:<br><br>Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>   __mute     __nolo contendre<br>   __not guilty    __guilty<br>__ Final Pretrial Conference<br>__ Detention   (waived  )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br>Court to Issue:<br>__ Order of Detention<br>✓ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other:<br>_____ | Charging Document:<br>  ✓ Read    __Reading Waived<br>Guilty Plea to Count(s) _____<br>of the  Information _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>✓ Presentence Report Ordered<br>__ Presentence Report Waived<br>✓ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __Yes __No<br><br>Defendant informed of right to appeal:  __Yes __No<br>Counsel informed of obligation to file appeal:  __Yes __ No<br><br>Conviction Information:<br>    Date: _____<br>    By: _____<br>    As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Paul Brandell | **Case Manager:**   S. Bourque |