UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:22–cr–59

v.                                      Hon. Robert J. Jonker

SOARIES MAXINE PETERSON,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:             September 7, 2022   03:00 PM
Chief Judge:          Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                                                  ROBERT J. JONKER
                                                  Chief United States District Judge

Dated:  May 25, 2022         By:     /s/ Susan Driscoll Bourque
                                                 Case Manager